FENNEMORE CRAIG, P.C.
William L. Thorpe (No. 005641)
3003 North Central Avenue
Suite 2600
Phoenix, AZ 85012-2913
Telephone: (602) 916-5000
Email: wthorpe@fclaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas John, | No. 3:10-CV-08091 |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL WITH PREJUDICE |
| The BNSF Railway Company, | |
| Defendant. | |

Plaintiff, Thomas John, and Defendant, BNSF Railway Company, through their attorneys, stipulate that Plaintiff and Defendant be dismissed with prejudice and with each party to bear their own costs incurred.

All issues and controversies existing between Plaintiff and Defendant have been fully compromised and settled.

DATED this 13th day of November, 2012.

MOCERI & KILLE, PLLC

By _____
Mark A. Kille
Attorneys for Plaintiff

ROVEN-KAPLAN, LLP

By _____
John D. Roven
Attorneys for Plaintiff

FENNEMORE CRAIG, P.C.

By _____
William L. Thorpe
Attorneys for Defendant

LATHROP & GAGE LLP

By s/ Kenneth L. Weltz (with permission)
Kenneth L. Weltz
Attorneys for Defendant

FENNEMORE CRAIG, P.C.
PHOENIX

19563766v1

**CERTIFICATE OF SERVICE**

I hereby certify that on November  13 , 2012, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of the Notice of Electronic Filing to the following CM/ECF registrants:

Mark A. Kille
MOCERI & KILLE, PLLC
7550 East Addis Avenue
Prescott Valley, Arizona  86314

-and-

John D. Roven
ROVEN-KAPLAN, LLP
2190 North Loop West, Suite 410
Houston, Texas  77018
*Co-Counsel for Plaintiff*

Kenneth L. Weltz
LATHROP & GAGE LLP
10851 Mastin Boulevard, Suite 1000
Overland Park, KS 66210
*Co-Counsel for Defendant*

/s/ M. Noland

FENNEMORE CRAIG, P.C.
PHOENIX

7596906